**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| ROBERT WADLEY, ) | |
| ) | |
| Plaintiff, ) | C/A No.: 4:15-CV-00431-JLH |
| ) | |
| v. ) | |
| ) | **JOINT MOTION FOR EXTENSION** |
| WILLIAMS & FUDGE, INC.; ) | **OF TIME TO ANSWER** |
| WILLIAMS & FUDGE EMPLOYEE OR ) | |
| AGENT known as "CHAD," and DOES 1- ) | |
| 10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Williams & Fudge, Inc. ("Defendant"), by and through its undersigned counsel, and Plaintiff Robert Wadley, by and through his undersigned counsel (collectively "Parties"), hereby move this Court for an extension of time for Defendant to answer or otherwise respond to the Complaint, and in support thereof stipulate to the following:

1. The Complaint was filed on July 14, 2015 and Defendant was served with process on July 14, 2015.

2. The response to the Complaint is due August 5, 2015.

3. The Parties agreed Defendant could answer or file a responsive pleading on or before Friday, August 14, 2015.

4. The Defendant requires additional time to respond to the Plaintiff's Complaint.

5. This Stipulation is made in good faith and not for purposes of delay.

6. Neither party has previously requested an extension of time.

WHEREFORE, the Parties respectfully request this Court grant Defendant an extension to answer or otherwise plead in the above-captioned matter and request the new deadline be recorded as on or before August 14, 2015.

This the 5th day of August, 2015.

    Respectfully submitted,

/s/ Donald H. Bacon
Donald H. Bacon, AR Bar No. 78007
FRIDAY ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, AR  72201-3522
(501) 370-1539 – Telephone
(501) 244-5352 – Facsimile
bacon@fridayfirm.com – Email
ATTORNEYS FOR DEFENDANT

/s/Jeremy M. Glapion
Jeremy M. Glapion, NJ Bar No. 145972015
The Glapion Law Firm, LLC
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Tel:  732.455.9737
jmg@glapionlaw.com
*PRO HAC VICE* FOR PLAINTIFF