## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT WADLEY                                                                                    PLAINTIFF

v.                                         No. 4:15CV00431 JLH

WILLIAMS & FUDGE, INC.;
WILLIAMS & FUDGE EMPLOYEE OR
AGENT "CHAD"; and DOES 1-10                                                        DEFENDANTS

### ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 14th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE